428 A.2d 259

Commonwealth ex rel., Dougherty v. Dougherty.

Appeal of Elizabeth A. Dougherty.

Argued December 3, 1979. Paul J. Downey, for appellant; John J. Gallagher, for appellee.

Before HESTER, MONTGOMERY and CIRILLO, JJ.*

Affirmed on the opinion of the court below.